IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIKKI J. HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>　　　　　　　Defendant. | **8:18CV274**<br><br>**ORDER** |

　　　　Plaintiff has submitted an Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2). Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis. Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

　　　　Dated this 18th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge