IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIKKI J. HERNANDEZ,<br><br>                     Plaintiff,<br><br>      vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>                     Defendant. | **8:18CV274**<br><br>**ORDER** |

This is an action challenging a final decision of the Commissioner of the Social Security Administration. The answer and administrative record have been filed. The case will be progressed according to General Order No. 2015-05 In the Matter of Procedures for Social Security Cases ([Filing No. 4](Filing No. 4)).

**IT IS ORDERED:**

      1.    Plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief by: **October 15, 2018**;

      2.    Defendant shall file a motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief by: **November 14, 2018**; and

      3.    Plaintiff may file a reply brief by: **November 28, 2018**, after which the case will be ripe for decision.

Dated this 14th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge